**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DEC 15 2009

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re:                                          )
                                                )
                                                )   Case No. 09 B 22027
    CHAMPTION MANUFACTURING            )
    INDUSTRIES, INC.                            )
                                                )
                                                )
                                                )   Chapter 11
                                                )
        Debtor.                                 )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO K&L GATES LLP, ATTORNEYS FOR THE DEBTOR, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $103,584.00 | TOTAL COSTS REQUESTED: | $4,103.91 |
| TOTAL FEES REDUCED: | $5,274.00 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $98,310.00 | TOTAL COSTS ALLOWED: | $4,103.91 |

**TOTAL FEES AND COSTS ALLOWED: $102,413.91**

THE COURT HAS MARKED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION THAT APPEARS ON THE LEFT SIDE OF EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(1)    **Clerical Work Not Compensable**
    The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement of compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated: December 15, 2009

Eugene R. Wedoff
United States Bankruptcy Judge

```
                                              K&L Gates LLP
                                              Invoice Number    278164
                                              Invoice Date      08/26/09
                                              Client Number     0120335
                                              Page Number             4
```

Re: (00002) Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/09:

| Date | Atty | | Hours | Value |
|---|---|---|---|---|
| 06/17/09 | MNM | Work on wages motion and other post-filing issues (4.2) | 4.20 | 1,470.00 |
| 06/17/09 | SCB | Work on wages motion and address other post-filing issues (2.0) | 2.00 | 540.00 |
| 06/17/09 | TQG | Assist with filing wages motion and serving petition (2.8) | 2.80 | 504.00 |
| 06/18/09 | MNM | Review docket regarding judge assignment and coordinate first day hearing with the court (0.4); prepare for and attend hearing on wage motion (2.5); address related operational and payment issues with company (0.3) | 3.20 | 1,120.00 |
| 06/18/09 | SCB | Deal with issues related to issuance of press release (0.2); assist in preparation for hearing on wages motion (0.5); coordinate service of wages motion (0.8); draft notice of commencement of bankruptcy (1.6); coordinate service of same, wages motion, and petition (1.1); legal research regarding post-filing issues (1.0) | 5.20 | 1,404.00 |
| 06/18/09 | STN | Strategy conferences and e-mail correspondence with working group regarding first-day hearing issues (1.0) | 1.00 | 350.00 |
| 06/19/09 | MNM | Work on cash management motion (2.0) | 2.00 | 700.00 |
| 06/19/09 | TQG | Prepare and upload creditor matrix with the court (1.7); prepare and file certificates of service regarding petition and wages motion (0.9); assist with filing and service of (i) motion to extend deadline to file schedules, and (ii) cash management motion (3.1) | 5.70 | 1,026.00 |
| 06/22/09 | MNM | Prepare for and attend telephone strategy conference with company, financial advisor, and working group to address open issues related to the filing and to devise strategy going forward (1.4) | 1.40 | 490.00 |

```
0120335   Champion Manufacturing Industries, Inc.      K&L Gates LLP
.00002    Case Administration                           Invoice Number  278164
08/26/09                                                Page 5
```

| Date | Atty | | Hours | Value |
|---|---|---|---|---|
| 06/22/09 | TQG | Compile and forward petition to Illinois American Water (creditor) (0.3); update critical date list (0.2) | 0.50 | 90.00 |
| 06/22/09 | SCB | Review motion to prohibit use of cash collateral (0.1); review objection to wages motion (0.2); telephone call to American Water regarding shut off notice (0.3); e-mail correspondence to Anne Fox regarding same (0.2); research related to pre and post-petition payment analysis (0.2); telephone call to Anne Fox regarding same (0.1); e-mail correspondence to Anne Fox regarding same (0.1); conference with Matt McClintock regarding cash collateral hearing (0.1); address issues relating to same, including research issues related to security interests under the UCC (2.2); e-mail correspondence with Mike Lax regarding hearing (0.1) | 3.60 | 972.00 |
| 06/23/09 | SCB | E-mail correspondence with Anne Fox regarding post-petition payments and creditor matrix (0.2); draft K&L Gates retention application (1.7); review emergency cash collateral motion (0.3) | 2.20 | 594.00 |
| 06/23/09 | TQG | Assist with filing and service of cash collateral motion (2.3); update critical dates list (0.9); work on updating creditor matrix (1.2); re-serve petititon (0.6) | 5.00 | 900.00 |
| 06/24/09 | TQG | Update critical dates list (1.1) | 1.10 | 198.00 |
| 06/26/09 | RVS | Office conference with M. McClintock regarding discovery and approvals (0.2) | 0.20 | 110.00 |
| 06/26/09 | JDH | Multiple e-mail correspondence with Matt McClintock and Anne Fox regarding utility providers (0.2) | 0.20 | 54.00 |
| | | TOTAL HOURS | 40.30 | |

Handwritten annotations: "Assist with filing and service of cash collateral motion (2.3)" and "re-serve petititon (0.6)" circled; "-$522-" written next to entry; circled "1".

```
                                            K&L Gates LLP
                                            Invoice Number    278253
                                            Invoice Date      08/28/09
                                            Client Number     0120335
                                            Page Number             7
```

Re: (00005) Other Professionals

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/09:

| Date | Atty | Description | Hours | Value |
|---|---|---|---|---|
| 07/13/09 | MNM | Work on retention application and supporting declaration for Legacy Advisors (0.9); review and revise engagement letter for Perfection Plant Liquidators (0.5); e-mail correspondence with Michael Ackerman concerning same (0.3); e-mail correspondence with Sarah Bryan concerning structure of perfection plant engagement (0.2) | 1.90 | 665.00 |
| 07/13/09 | SCB | Revise application to retain Legacy Advisors (0.6); e-mail correspondence with Matt McClintock regarding appraiser retention (0.2); draft motion to retain personal property appraiser (1.7); e-mail correspondence to Mike Ackerman regarding same (0.2); address issues related to Legacy retention (0.4); review multiple e-mail correspondence from Matt McClintock regarding real estate appraiser and continued use of cash collateral (0.3) | 3.40 | 918.00 |
| 07/14/09 | SCB | E-mail correspondence to Matt McClintock regarding appraiser retention (0.1); draft same (0.1) | 0.20 | 54.00 |
| 07/15/09 | SCB | Draft application to employ real estate appraiser (1.6); revise declaration of James Klopfenstein (0.2); telephone call to Jim Klopfenstein regarding same (0.1); e-mail correspondence to Jim Klopfenstein regarding same (0.1) | 2.00 | 540.00 |
| 07/15/09 | MNM | Review and revise application to retain real estate appraiser and associated order and declaration (0.3) | 0.30 | 105.00 |
| 07/15/09 | TQG | Assist with filing and service of retention application of K&L gates (2.1) | 1.90 | 342.00 |
| 07/16/09 | JDH | Review and revise motion to retain auctioneer (0.2) | 0.20 | 54.00 |

①

# K&L | GATES

K&L GATES LLP
FEDERAL I.D. 25-0921018

70 West Madison Street, Suite 3100
Chicago, Illinois 60602-4207
312.372.1121 • Fax 312.827.8000

3580 Carmel Mountain Road, Suite 200
San Diego, California 92130
858.509.7400 • Fax 858.509.7466

1601 K Street N.W.
Washington D.C. 20006-1600
202.778.9000 • Fax 202.778.9100

Champion Manufacturing Industries, Inc.
Attn: Mr. Michael D. Lax
6021 North Galena Road
Peoria, IL  61614

Invoice Number    278253
Invoice Date      08/28/09
Client Number     0120335

Re: (00002) **Case Administration**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/09:

| Date | Atty | | Hours | Value |
|---|---|---|---|---|
| 07/02/09 | SCB | Telephone call to Anne Fox regarding documents for initial debtor interview (0.1); multiple e-mail correspondence with Anne Fox regarding same (0.3) | 0.40 | 108.00 |
| 07/03/09 | HJG | Multiple e-mail correspondence with client and consultants regarding Majestic action (0.2); two telephone conversations with Michael Lax regarding same (0.3); apprise Matt McClintock regarding issues concerning same (0.1) | 0.60 | 330.00 |
| 07/06/09 | TQG | Serve cash management order to Regions Bank and Busey Bank (0.4); prepare and file certificate of service regarding same (0.4); update critical dates list (0.6) | 1.40 | 252.00 |
| 07/06/09 | SCB | Review multiple e-mail correspondence from Matt McClintock regarding initial debtor conference and cash collateral hearing (0.2) | 0.20 | 54.00 |
| 07/07/09 | TQG | Make arrangements to forward agreed order regarding cash collateral to bankruptcy court (0.3) | 0.30 | 54.00 |

Handwritten annotations: "-$144" next to 07/06/09 TQG entry; circled "1" marks next to 07/06/09 TQG and 07/07/09 TQG entries.

```
                                                    K&L Gates LLP
0120335   Champion Manufacturing Industries, Inc.   Invoice Number  278253
00002     Case Administration                       Page 2
08/28/09
```

| Date | Atty | | Hours | Value |
|---|---|---|---|---|
| 07/08/09 | MNM | Prepare for and attend initial debtor interview with Mike Lax (1.9); pre-interview strategy conference with Mike Lax concerning same and other open issues in case (0.5) | 2.40 | 840.00 |
| 07/16/09 | HJG | E-mail correspondence to Matt McClintock regarding potential monetization of life insurance policy, cash collateral discussions/litigation, exit strategy, terms of financial advisor engagement, and addressing action of creditors (0.2) | 0.20 | 110.00 |
| 07/17/09 | TQG | Update critical date list (0.8) | 0.80 | 144.00 |
| 07/20/09 | TQG | Assist with filing and service of application to employ Perfection Plant Liquidations, LLC as Appraisers (2.0) ① | 2.00 | 360.00 |
| 07/21/09 | MNM | Telephone conference with Ron Stacey concerning various open issues and exit strategy (0.2) | 0.20 | 70.00 |
| 07/24/09 | HJG | Review filed pleadings (0.2) | 0.20 | 110.00 |
| 07/24/09 | TQG | Update critical date list (0.7) | 0.70 | 126.00 |
| 07/27/09 | MNM | Review docket and contemplate strategy and upcoming deadlines (0.3) | 0.30 | 105.00 |
| 07/28/09 | MNM | Multiple e-mail correspondence with Ron Stacey and Michael Lax concerning possible need to stay individual lawsuits to ensure successful corporate reorganization and other issues (0.4); review filings and e-mail correspondence to bank counsel regarding intentions going forward (1.4) | 1.80 | 630.00 |
| 07/29/09 | TQG | Assist with filing and service of application to employ Legacy Advisor (2.4); update critical dates list (0.4) ① | 2.80 | 504.00 -$432 |
| 07/29/09 | MNM | Prepare for and attend status hearing (1.1); follow-up on issues related to agreed order (0.2) | 1.30 | 455.00 |
| | | TOTAL HOURS | 15.60 | |

```
                                        K&L Gates LLP
                                         Invoice Number    278253
                                         Invoice Date      08/28/09
                                         Client Number     0120335
                                         Page Number              4
```

Re: (00003) Schedules, Statements, and Reports

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/09:

| Date | Atty | Description | Hours | Value |
|---|---|---|---|---|
| 07/14/09 | SCB | Compile information related to schedules and statement of financial affairs (1.4); e-mail correspondence to Anne Fox regarding same (0.2) | 1.60 | 432.00 |
| 07/15/09 | SCB | Telephone conference with Anne Fox regarding schedules and statements (0.2) | 0.20 | 54.00 |
| 07/24/09 | SCB | Draft schedules and statements (0.3) | 0.30 | 81.00 |
| 07/26/09 | SCB | Draft schedules and statements (2.6) | 2.60 | 702.00 |
| 07/27/09 | SCB | Draft schedules and statements (1.2) | 1.20 | 324.00 |
| 07/28/09 | SCB | Draft schedules and statements (3.9) | 3.90 | 1,053.00 |
| 07/29/09 | SCB | Draft schedules and statements (1.1) | 1.10 | 297.00 |
| 07/30/09 | SCB | Revise schedules and statements (2.2); e-mail correspondence to Mike Lax regarding same (0.3); multiple e-mail correspondence with Anne Fox regarding same (0.3) draft global notes (0.9) | 3.70 | 999.00 |
| 07/30/09 | MNM | Review and revise schedules and statements (1.2) | 1.20 | 420.00 |
| 07/31/09 | TQG | Assist with filing of schedules and statement of financial affairs (0.9) | 0.90 | 162.00 |
| 07/31/09 | MNM | Address issues related to finalizing schedules and statements (0.8); coordinate with Michael Lax concerning section 341 meeting and related issues (0.3) | 1.10 | 365.00 |
| 07/31/09 | SCB | Finalize schedules and statements (1.9); coordinate filing of same (0.2); revise global notes (0.4) | 2.50 | 675.00 |

```
                              TOTAL HOURS    20.30
```

```
                                                    K&L Gates LLP
0120335   Champion Manufacturing Industries, Inc.   Invoice Number  278253
00005     Other Professionals                       Page 8
08/28/09
```

| Date | Atty | | Hours | Value |
|---|---|---|---|---|
| 07/16/09 | SCB | Finalize Klopfenstein retention application and prepare for filing (0.6); revise application to retain PPL (0.6); telephone call to PPL regarding same (0.1) | 1.30 | 351.00 |
| 07/16/09 | MNM | Review and revise engagement letter for equipment broker (0.4); multiple e-mail correspondence with Sarah Bryan and Perfection Plant Liquidators concerning same (0.2) | 0.60 | 210.00 |
| 07/16/09 | TQG | Assist with filing and service of application to employ James Klopfenstein as appraisers (1.8) | 1.80 | 324.00 ① |
| 07/17/09 | SCB | Revise Legacy Advisors retention application (0.6) | 0.60 | 162.00 |
| 07/20/09 | SCB | Conference with Matt McClintock regarding PPL retention (0.1); finalize same and prepare for filing (0.5) | 0.60 | 162.00 |
| 07/20/09 | MNM | Draft insert to include in PPL retention application in light of progress in cash collateral negotiations (0.4) | 0.40 | 140.00 |
| 07/21/09 | SCB | E-mail correspondence to Mike Lax regarding PPL retention (0.1) | 0.10 | 27.00 |
| 07/23/09 | SCB | E-mail correspondence with Mike Ackerman regarding PPL engagement (0.1) | 0.10 | 27.00 |
| 07/24/09 | SCB | Revise Legacy Advisors retention application (0.2); e-mail correspondence to Ron Stacey regarding same (0.1) | 0.30 | 81.00 |
| 07/27/09 | MNM | Telephone conversation with Michael Lax concerning PPL retention (0.1); e-mail correspondence to same concerning same (0.1) | 0.20 | 70.00 |
| 07/28/09 | SCB | Revise Legacy retention application (0.2) | 0.20 | 54.00 |

# K&L|GATES

K&L Gates LLP
70 West Madison Street
Suite 3100
Chicago, IL 60602-4207

Tax ID No. 25 0921018

T 312.372.1121    www.klgates.com

October 13, 2009

Champion Manufacturing Industries, Inc.
Attn: Mr. Michael D. Lax
6021 North Galena Road
Peoria, IL 61614

Our File Number : 3718500
Invoice : 2057498
Services Through : August 31, 2009

### Case Administration (00002)

**FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 08/03/09 | S Bryan | 1.00 | Draft critical dates list (1.0) | 270.00 |
| 08/03/09 | M. E. McClintock | 0.40 | Address UST requirements (0.2); multiple e-mail correspondence with John Schreiner concerning Lax Leasing pledge and consent (0.2) | 140.00 |
| 08/04/09 | S Bryan | 0.40 | E-mail correspondence with Anne Fox regarding monthly operating reports (0.1); telephone call to Anne Fox regarding 341 meeting (0.1); e-mail correspondence to Mike Lax regarding request for payment (0.1); e-mail correspondence to Teresa Gomez regarding critical dates and calendaring (0.1) | 108.00 |
| 08/04/09 | T Gomez | 0.50 | Update critical dates list (0.5) | 90.00 |
| 08/10/09 | T Gomez | 0.80 | Assist with filing summary of cash receipts and cash disbursements (0.8) | 144.00 |

This invoice reflects fees and costs not previously billed. Past due balances, if any, will be shown on a separate statement of account at the beginning of the next month. Payment is due in U.S. dollars upon receipt. Funds may be wired to our account number 5590018775 Bank of America, 100 West 33rd Street, New York, NY 10001, ABA Routing Number 026009593.

**K&L | GATES**

K&L Gates LLP
70 West Madison Street
Suite 3100
Chicago, IL 60602-4207

Tax ID No. 25 0921018

T 312.372.1121    www.klgates.com

### Schedules, Statements, and Reports (00003)

**FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 08/03/09 | S Bryan | 0.60 | E-mail correspondence with Anne Fox regarding monthly operating reports (0.4); e-mail correspondence to Roman Sukley regarding same (0.2) | 162.00 |
| 08/04/09 | M. E. McClintock | 3.50 | Prepare for and attend strategy conference with Michael Lax to prepare for section 341 meeting of creditors and to discuss other open issues in case and going-forward strategy (2.3); attend same (1.2) | 1,225.00 |
| 08/05/09 | T Gomez | 1.60 | Re-file summary of schedules and download schedules as requested by the court (0.9); update critical dates list (0.7) | 288.00  -$162 (1) |
| 08/06/09 | T Gomez | 0.50 | Make arrangements to forward CD to court regarding schedules (0.5) | 90.00 (1) |
| 08/07/09 | S Bryan | 0.40 | Multiple e-mail correspondence to Anne Fox regarding monthly operating report (0.4) | 108.00 |
| 08/10/09 | S Bryan | 0.60 | Review June monthly operating report (0.1); coordinate filing of same (0.2); calculate UST fees (0.1); e-mail correspondence with Anne Fox regarding same (0.2) | 162.00 |
| 08/10/09 | M. E. McClintock | 0.20 | Telephone call from clerk's office regarding documents needed (0.1); telephone call to Teresa Gomez concerning same (0.1) | 70.00 |
| 08/12/09 | S Bryan | 0.10 | E-mail correspondence with Anne Fox regarding UST fees (0.1) | 27.00 |

-4-    3718500 - Invoice #2057498

# K&L|GATES

K&L Gates LLP
70 West Madison Street
Suite 3100
Chicago, IL 60602-4207

Tax ID No. 25 0921018

T 312.372.1121    www.klgates.com

### Schedules, Statements, and Reports (00003)

**FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 09/15/09 | S Bryan | 0.20 | Address issues related to filing of monthly operating report (0.2) | 54.00 |
| 09/16/09 | T Gomez | 0.90 | Assist with filing monthly operating reports (0.9) | 162.00 |
| | | TOTAL FEES 1.10 hrs | | $ 216.00 |

| | | | | |
|---|---|---|---|---|
| S Bryan | | | 0.20 hrs at 270 $/hr | $54.00 |
| T Gomez | | | 0.90 hrs at 180 $/hr | $162.00 |
| | | TOTAL FEES | 1.10 hrs | $ 216.00 |

**INVOICE SUMMARY**

| | |
|---|---|
| Fees | $ 216.00 |
| **SUBTOTAL** | $ 216.00 |

-3-    3718500 - Invoice #2077954

# K&L|GATES

K&L Gates LLP
70 West Madison Street
Suite 3100
Chicago, IL 60602-4207

Tax ID No. 25 0921018

T 312.372.1121　　www.klgates.com

### K&L Gates Fee Applications (00004)

**FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 09/17/09 | S Bryan | 0.60 | Draft supplemental affidavit regarding representation of G&K Services (0.5); coordinate filing of same (0.1) | 162.00 |
| 09/17/09 | T Gomez | 0.70 | Assist with filing supplemental declaration of Matt McClintock regarding retention application (0.7) | 126.00 |
| 09/17/09 | M. E. McClintock | 0.20 | Review, revise, and coordinate filing of supplemental declaration (0.2) | 70.00 |
| 09/30/09 | S Bryan | 0.50 | Review exhibit to fee application to ensure compliance with detail requirement (0.5) | 135.00 |
| | | TOTAL FEES | 2.00 hrs | $ 493.00 |

| | | | |
|---|---|---|---|
| S Bryan | 1.10 hrs at 270 $ / hr | | $297.00 |
| T Gomez | 0.70 hrs at 180 $ / hr | | $126.00 |
| M. E. McClintock | 0.20 hrs at 350 $ / hr | | $70.00 |
| TOTAL FEES | 2.00 hrs | | $ 493.00 |

**INVOICE SUMMARY**

| | |
|---|---|
| Fees | $ 493.00 |
| SUBTOTAL | $ 493.00 |

-4-　　　　3718500 - Invoice #2077954

# K&L|GATES

K&L Gates LLP
70 West Madison Street
Suite 3100
Chicago, IL 60602-4207

Tax ID No. 25 0921018

T 312.372.1121    www.klgates.com

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 09/09/09 | S Bryan | 1.00 | Revise Legacy fee application (0.8); telephone call to Brett Stacey regarding same (0.1); e-mail correspondence with Brett Stacey regarding same (0.1) | 270.00 |
| 09/10/09 | S Bryan | 0.60 | Finalize Legacy Fee Application (0.4); coordinate filing and service of same (0.2) | 162.00 |
| 09/10/09 | T Gomez | 1.90 | Assist with filing and service of Legacy Advisor's first interim fee application (1.9) | 342.00 |
| 09/10/09 | M. E. McClintock | 0.60 | Review and revise Legacy fee application and address issues related to same (0.6) | 210.00 |
| 09/30/09 | S Bryan | 0.20 | Resolve issues related to payment of appraisers (0.2) | 54.00 |
| | | TOTAL FEES  10.30 hrs | | $ 2,706.00 |

| | | | |
|---|---|---|---|
| S Bryan | 7.20 hrs at 270 $/hr | | $1,944.00 |
| T Gomez | 1.90 hrs at 180 $/hr | | $342.00 |
| M. E. McClintock | 1.20 hrs at 350 $/hr | | $420.00 |
| | TOTAL FEES  10.30 hrs | | $ 2,706.00 |

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 2,706.00 |
| SUBTOTAL | $ 2,706.00 |

**K&L | GATES**

K&L Gates LLP
70 West Madison Street
Suite 3100
Chicago, IL 60602-4207

Tax ID No. 25 0821018

T 312.372.1121     www.klgates.com

**Litigation and Avoidance Actions (00009)**

**FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 09/01/09 | S Bryan | 1.40 | Review message from Scott Fink regarding extending the automatic stay (0.1); telephone call to Scott Fink regarding same (0.1); multiple telephone conferences with Scott Fink regarding same (0.2); telephone call to Steven Potter regarding same (0.1); e-mail correspondence to Mike Lax regarding same (0.2); finalize complaint against Majestic Steel (0.5); telephone conference with Mike Lax regarding same (0.2) | 378.00 |
| 09/01/09 | T Gomez | 1.20 | Assist with filing and service of complaint against Majestic Steel USA (1.2) | 216.00 |
| 09/15/09 | T Gomez | 0.70 | Prepare and file summons service executed regarding adversary proceeding (0.7) | 126.00 |
|  |  | TOTAL FEES  3.30 hrs |  | $ 720.00 |

| | | | |
|---|---|---|---|
| S Bryan | | 1.40 hrs at 270 $/hr | $378.00 |
| T Gomez | | 1.90 hrs at 180 $/hr | $342.00 |
| | TOTAL FEES | 3.30 hrs | $ 720.00 |

**INVOICE SUMMARY**

| | |
|---|---|
| Fees | $ 720.00 |
| SUBTOTAL | $ 720.00 |

-13-

3718500 · Invoice #2077954

**K&L|GATES**

K&L Gates LLP
70 West Madison Street
Suite 3100
Chicago, IL 60602-4207

Tax ID No. 25 0921018

T 312.372.1121    www.klgates.com

**Plan/Disclosure Statement (00010)**

**FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/07/09 | S Bryan | 0.90 | Finalize and coordinate filing of exclusivity motion (0.9) | 243.00 |
| 10/07/09 | T Gomez | 1.10 | Assist with filing motion to extend exclusive period to file chapter 11 plan (1.1) | 198.00 |
| 10/08/09 | M. E. McClintock | 0.60 | Work on outline of plan and contemplate potential issues in light of potential deal (0.6) | 210.00 |
| 10/14/09 | M. E. McClintock | 0.30 | Address issues related to extending exclusivity hearing (0.3) | 105.00 |
| 10/21/09 | M. E. McClintock | 2.00 | Telephone strategy conference with Mike Lax concerning possible exit strategies (0.5); contemplate same draft correspondence to Mike Lax and Ron Stacey outlining alternative scenarios and issues with respect to same (1.5) | 700.00 |
| 10/26/09 | M. E. McClintock | 0.30 | E-mail correspondence to lender's counsel regarding plan issues (0.3) | 105.00 |
| | | **TOTAL FEES** | **5.20 hrs** | **$ 1,561.00** |

| | | | | |
|---|---|---|---|---|
| S Bryan | | 0.90 hrs at 270 $ / hr | | $243.00 |
| T Gomez | | 1.10 hrs at 180 $ / hr | | $198.00 |
| M. E. McClintock | | 3.20 hrs at 350 $ / hr | | $1,120.00 |
| | TOTAL FEES | 5.20 hrs | | $ 1,561.00 |

# K&L|GATES

K&L Gates LLP
70 West Madison Street
Suite 3100
Chicago, IL 60602-4207

Tax ID No. 25 0921018

T 312.372.1121        www.klgates.com

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/26/09 | T Gomez | 1.50 | Assist with filing debtor's response to motion of NMHG Financial Services (1.5) | 270.00 |
| 10/26/09 | M. E. McClintock | 0.40 | Address issues relating to NMHG motion to compel assumption or adequate protection payments (including reviewing proposed order and reviewing and revising response) (0.4) | 140.00 |
| 10/27/09 | S Bryan | 0.90 | Multiple e-mail correspondence with Anne Fox regarding NMHG leases (0.2); multiple e-mail correspondence with Juyon Ham regarding same (0.2); telephone conference with Juyon Ham regarding same (0.1); review and revise agreed order with NMHG (0.4) | 243.00 |
| 10/27/09 | M. E. McClintock | 0.50 | Address issues related to NMHG motion (0.5) | 175.00 |
| 10/29/09 | T Gomez | 0.90 | Assist with service of stipulation and agreed order between Champion and Manufacturing Industries, Inc. and NMHG Financial Services (0.9) | 162.00 |
| 10/30/09 | S Bryan | 0.20 | E-mail correspondence to Juyon Ham regarding NMHG leases (0.2) | 54.00 |
| | | TOTAL FEES | 9.90 hrs | $ 2,569.00 |

| | | | |
|---|---|---|---|
| S Bryan | | 6.10 hrs at 270 $/hr | $1,647.00 |
| T Gomez | | 2.40 hrs at 180 $/hr | $432.00 |
| M. E. McClintock | | 1.40 hrs at 350 $/hr | $490.00 |
| | TOTAL FEES | 9.90 hrs | $ 2,569.00 |