**FILED**

**APR - 6 2010**

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
)
) Case No. 09 B 22027
CHAMPION MANUFACTURING )
INDUSTRIES, INC. )
)
) Chapter 11
)
Debtor. )
)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO K&L GATES LLP ATTORNEYS FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $29,621.00 | TOTAL COSTS REQUESTED: | $4,430.71 |
| TOTAL FEES REDUCED: | $1,886.00 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $27,735.00 | TOTAL COSTS ALLOWED: | $4,430.71 |

**TOTAL FEES AND COSTS ALLOWED: $32,165.71**

THE COURT HAS MARKED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION THAT APPEARS ON THE LEFT SIDE OF EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

**(1) Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated: April 6, 2010

Eugene R. Wedoff
United States Bankruptcy Judge

# K&L | GATES

K&L Gates LLP
70 West Madison Street
Suite 3100
Chicago, IL 60602-4207

Tax ID No. 25-0921018

T 312.372.1121     www.klgates.com

December 4, 2009

Champion Manufacturing Industries, Inc.
Attn: Mr. Michael D. Lax
6021 North Galena Road
Peoria, IL 61614

Our File Number  :  3718500
Invoice          :  2090767
Services Through :  November 30, 2009

## Case Administration (00002)

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/02/09 | T Gomez | 0.70 | Prepare and file certificate of service regarding stipulation and agreed order between Champion Manufacturing Industries, Inc. and NMHG Financial Services (0.7) | 126.00 |
| 11/05/09 | T Gomez | 1.50 | Assist with filing and service of application to retain and employ Clifton Gunderson LLP as accountant (1.5) | 270.00 |
| 11/13/09 | T Gomez | 0.40 | Assist with filing monthly operating reports (0.4) | 72.00 |
| 11/16/09 | T Gomez | 1.40 | Assist with filing and service of second interim fee application for Legacy Advisors (1.4) | 252.00 |
| 11/20/09 | T Gomez | 1.70 | Assist with filing and service of final fee application of Clifton Gunderson (1.7) | 306.00 |
| 11/24/09 | S Bryan | 0.30 | Update critical dates (0.3) | 81.00 |

① (handwritten annotation bracketing rows)

This invoice reflects fees and costs not previously billed. Past due balances, if any, will be shown on a separate statement of account at the beginning of the next month. Payment is due in U.S. dollars upon receipt. Funds may be wired to our account number 5590018775 Bank of America, 100 West 33rd Street, New York, NY 10001, ABA Routing Number 026009593.

**K&L | GATES**

K&L Gates LLP
70 West Madison Street
Suite 3100
Chicago, IL 60602-4207

Tax ID No. 25 0921018

T 312.372.1121        www.klgates.com

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/23/09 | T Gomez | 2.10 | Assist with filing and service of first interim fee application of K&L Gates LLP (2.1) | 378.00 |
| | | TOTAL FEES  10.80 hrs | | $ 2,959.00 |

| | | | |
|---|---|---|---|
| S Bryan | 6.80 hrs at 270 $/hr | | $1,836.00 |
| H. J. Goldstein | 0.40 hrs at 550 $/hr | | $220.00 |
| T Gomez | 2.10 hrs at 180 $/hr | | $378.00 |
| M. E. McClintock | 1.50 hrs at 350 $/hr | | $525.00 |
| | TOTAL FEES    10.80 hrs | | $ 2,959.00 |

### INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 2,959.00 |
| **SUBTOTAL** | $ 2,959.00 |

# K&L | GATES

K&L Gates LLP
70 West Madison Street
Suite 3100
Chicago, IL 60602-4207

Tax ID No: 25 0921018

T 312.372.1121    www.klgates.com

February 25, 2010

Champion Manufacturing Industries, Inc.
Attn: Mr. Michael D. Lax
6021 North Galena Road
Peoria, IL 61614

Our File Number : 3718500
Invoice : 2141417
Services Through : January 31, 2010

For services rendered through January 31, 2010, in connection with the following:

**Case Administration (00002)**

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 01/12/10 | T Gomez | 1.50 | Assist with filing and service of second motion to extend exclusivity (1.5) | 285.00 |
| 01/13/10 | T Gomez | 1.30 | Assist with filing and service of third interim fee application for Legacy Advisors (1.3) | 247.00 |
| 01/15/10 | T Gomez | 0.40 | Assist with filing monthly operating report (0.4) | 76.00 |
| 01/19/10 | T Gomez | 0.20 | Update critical date list (0.2) | 38.00 |
| 01/21/10 | S Bryan | 0.10 | Telephone conference with Brett Stacey regarding fees and budget going forward (0.1) | 28.50 |
| 01/22/10 | S Bryan | 0.20 | E-mail correspondence to Brett Stacey regarding fees and budget going forward (0.2) | 57.00 |
| 01/26/10 | S Bryan | 0.40 | Calculate and coordinate payment of UST fees (0.4) | 114.00 |
| 01/26/10 | T Gomez | 0.30 | Update critical dates list (0.3) | 57.00 |



This invoice reflects fees and costs not previously billed. Past due balances, if any, will be shown on a separate statement of account at the beginning of the next month. Payment is due in U.S. dollars upon receipt. Funds may be wired to our account number 153557906580 US Bank, Private Financial Services, 1420 5th Ave, Suite 2100, Seattle, WA 98101, ABA Routing Number 125000105. Check payments should be sent to K&L Gates LLP, Attn: Accounts Receivable, 925 Fourth Ave., Suite 2900, Seattle, WA 98104-1158.