**FILED**

JUN -9 2010

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                   )
                                         )
                                         )         Case No. 09 B 22027
CHAMPION MANUFACTURING                   )
INDUSTRIES, INC.                         )
                                         )
                                         )         Chapter 11
          Debtor.                        )
                                         )

### FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO K&L GATES LLP ATTORNEYS FOR DEBTOR FOR ALLOWANCE AND PAYMENT INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $50,105.00 | TOTAL COSTS REQUESTED: | $1,992.96 |
| TOTAL FEES REDUCED: | $1,634.00 | TOTAL COSTS REDUCED: | $699.03 |
| TOTAL FEES ALLOWED: | $48,471.00 | TOTAL COSTS ALLOWED: | $1,293.93 |

**TOTAL FEES AND COSTS ALLOWED: $49,764.93**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appears on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)    Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

**(2)    Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

1

(3)     **Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

Dated: June 9, 2010

Eugene R. Wedoff
United States Bankruptcy Judge

**K&L|GATES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/24/10 | M. E. McClintock | 1.30 | Conference with Sarah Bryan in advance of hearing on bar date motion, plan motion, and cash collateral use (0.2); follow-up on inquiries from UST's office (0.7); multiple correspondence with Anne Fox and Sarah Bryan regarding same (0.4) | 481.00 |
| 02/25/10 | T Gomez | 2.60 | Update critical dates list (0.9); prepare for service of bar date notice on all creditors (1.7) | 494.00 |
| 03/01/10 | T Gomez | 0.70 | Coordinate service of bar date notice (0.7) | 133.00 |
| 03/02/10 | T Gomez | 0.60 | Prepare and file certificate of Service Regarding Notice of Bar Dates for Filing Proofs of Claim (0.6) | 114.00 |
| 03/09/10 | M. E. McClintock | 0.40 | Review corrective entry and issues associated with proper docketing of order (0.2); review docket regarding case activity and status (0.2) | 148.00 |
| 03/18/10 | T Gomez | 0.60 | Finalize and file certification of publication (0.6) | 114.00 |
| 03/24/10 | T Gomez | 0.40 | File second supplemental declaration of Matthew McClintock (0.4) | 76.00 |
| 03/29/10 | M. E. McClintock | 0.40 | Address property issues relating to Peoria county taxes (0.4) | 148.00 |
| | TOTAL FEES | | 12.50 hrs | $ 3,428.50 |

| | | | |
|---|---|---|---|
| S Bryan | | 3.70 hrs at 285 $ / hr | $1,054.50 |
| T Gomez | | 4.90 hrs at 190 $ / hr | $931.00 |
| M. E. McClintock | | 3.90 hrs at 370 $ / hr | $1,443.00 |
| | TOTAL FEES | 12.50 hrs | $ 3,428.50 |

# K&L|GATES

### K&L Gates Fee Applications (00004)

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/03/10 | S Bryan | 0.20 | Review exhibit to fee application to ensure compliance with detail requirement (0.2) | 57.00 |
| 02/26/10 | S Bryan | 1.00 | Draft K&L Gates second interim fee application (1.0) | 285.00 |
| 03/01/10 | S Bryan | 1.30 | Draft K&L Gates second interim fee application (1.3) | 370.50 |
| 03/02/10 | S Bryan | 0.70 | Draft K&L Gates second interim fee application (0.7) | 199.50 |
| 03/05/10 | S Bryan | 0.20 | Revise second interim fee application of K&L Gates (0:2) | 57.00 |
| 03/09/10 | S Bryan | 0.30 | Review exhibit to fee application to ensure compliance with detail requirement (0.3) | 85.50 |
| 03/15/10 | S Bryan | 0.40 | Finalize K&L Gates fee application (0.2); coordinate filing of same (0.1); e-mail correspondence to Mike Lax regarding same (0.1) | 114.00 |
| 03/15/10 | T Gomez | 2.90 | Assist with filing, service, and notice of (I) K&L Gates second interim fee application; and (II) Legacy Advisor's fourth interim fee application (2.9) | 551.00 |
| 03/22/10 | J Heller | 0.30 | Draft supplemental affidavit regarding Legacy retention (0.3) | 85.50 |
| | | TOTAL FEES | 7.30 hrs | $ 1,805.00 |

| | | | | |
|---|---|---|---|---|
| S Bryan | | 4.10 hrs at 285 $ / hr | | $1,168.50 |
| T Gomez | | 2.90 hrs at 190 $ / hr | | $551.00 |
| J Heller | | 0.30 hrs at 285 $ / hr | | $85.50 |
| | TOTAL FEES | 7.30 hrs | | $ 1,805.00 |

① ②

**K&L|GATES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/16/10 | S Bryan | 2.00 | Conference with Matt McClintock regarding plan (0.5); draft same (1.3); review e-mail correspondence regarding same (0.2) | 570.00 |
| 02/16/10 | M. E. McClintock | 2.60 | Begin to draft plan of reorganization (and contemplate and research associated issues) (2.4); telephone conversation with Ron Stacey regarding same (0.2) | 962.00 |
| 02/17/10 | M. E. McClintock | 1.70 | Review and revise motion to extend time to file plan (1.5); e-mail correspondence to Steve Wallce (Bank counsel) regarding same (0.2) | 629.00 |
| 02/18/10 | S Bryan | 0.60 | Review and revise motion to extend exclusivity (0.5); coordinate filing of same (0.1) | 171.00 |
| 02/18/10 | T Gomez | 1.30 | Assist with filing, service, and notice of motion to extend exclusive period (1.3) | 247.00 |
| 02/19/10 | S Bryan | 0.30 | Draft plan (0.3) | 85.50 |
| 02/22/10 | S Bryan | 3.20 | Work on plan of reogranization (3.2) | 912.00 |
| 02/24/10 | S Bryan | 0.30 | Revise bar date notice (0.2); correspondence with Teresa Gomez regarding same (0.1) | 85.50 |
| 02/25/10 | S Bryan | 0.80 | Revise bar date notice (0.2); conference with Teresa Gomez regarding service of same (0.2); e-mail correspondence to Anne Fox regarding publication of bar date notice (0.4) | 228.00 |
| 02/26/10 | S Bryan | 0.40 | Telephone call to Irwin Dinn regarding subrogation agreement (0.1); telephone conference with Irwin Dinn regarding same (0.1); e-mail correspondence to Mike Lax regarding amount of secured claim (0.1); e-mail corresondence to debtor and financial advisors regarding recently entered orders on bar date, plan filing, and cash collateral (0.1) | 114.00 |

**K&L|GATES**

### Claims (00013)

**FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/08/10 | M. E. McClintock | 0.30 | Multiple e-mail correspondence with Sarah Bryan regarding bar date issues and timing (0.3) | 111.00 |
| 02/09/10 | S Bryan | 3.50 | Draft motion to set bar date (3.3); conference with Matt McClintock regarding strategy going forward (0.2) | 997.50 |
| 02/10/10 | S Bryan | 0.70 | Telephone conference with Peoria County Tax Office regarding sale of property taxes (0.1); e-mail correspondence with Anne Fox and Matt McClintock regarding same (0.1); draft correspondence to county clerk regarding same (0.5) | 199.50 |
| 02/15/10 | T Gomez | 1.10 | Assist with filing and service of motion to establish bar date (1.1) | 209.00 |
| 02/15/10 | M. E. McClintock | 0.70 | Review and revise bar date motion and coordinate filing of same (0.7) | 259.00 |
| 02/23/10 | S Bryan | 0.10 | E-mail correspondence to Anne Fox regarding publication of bar date notice (0.1) | 28.50 |
| 03/01/10 | M. E. McClintock | 0.40 | Review and revise bar date notice (0.4) | 148.00 |
| 03/17/10 | S Bryan | 0.30 | Draft certificate of publication (0.3) | 85.50 |
| 03/29/10 | S Bryan | 0.20 | Finalize letter to Peoria County regarding tax notice and property sale (0.2) | 57.00 |
| | | **TOTAL FEES** | **7.30 hrs** | **$ 2,095.00** |

| | | | | |
|---|---|---|---|---|
| S Bryan | | 4.80 hrs at | 285 $/hr | $1,368.00 |
| T Gomez | | 1.10 hrs at | 190 $/hr | $209.00 |
| M. E. McClintock | | 1.40 hrs at | 370 $/hr | $518.00 |
| | **TOTAL FEES** | **7.30 hrs** | | **$ 2,095.00** |

**K&L|GATES**

**Expenses (00015)**

### FEES

| | | | |
|---|---|---|---|
| TOTAL FEES | 0.00 hrs | $ | 0.00 |
| TOTAL FEES | 0.00 hrs | $ | 0.00 |

### DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|---|---|---|
| 04/12/10 | Telephone / Conference Calls / Fx Line Trans | 0.25 |
| 04/30/10 | Telephone / Conference Calls / Fx Line Trans | 0.90 |
| 04/30/10 | Postage | 184.22 |
| 04/30/10 | Copying Expense | 365.00 |
| 04/30/10 | Westlaw - SCB - 04/29/2010 - 04/30/2010 USER DEFINED 1: BRYAN,SARAH | 519.28 |
| 04/30/10 | Westlaw - JDH - 04/30/2010 - 04/30/2010 USER DEFINED 1: HELLER,JEFF | 179.75 |
| | DISBURSEMENTS & OTHER CHARGES | $ 1,249.40 |

(handwritten: } ③ bracketing last two Westlaw entries)