## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CHAMPION MANUFACTURING ) | Case No. 09 B 22027 |
| INDUSTRIES, INC. ) | |
| ) | Hon. Eugene R. Wedoff |
| Debtor. ) | |
| ) | |

### FINAL ~~TWELFTH~~ AGREED ORDER AUTHORIZING ~~INTERIM~~ USE OF CASH COLLATERAL

The Court having previously entered interim orders (Docket Nos. 34, 42, 62, 91, 109, 123, 132, 138, 150, 167, 181, and 187) referred to herein as the "*Initial Cash Collateral Order*," the "*First Agreed Cash Collateral Order*," the "*Second Agreed Cash Collateral Order*," the "*Third Agreed Cash Collateral Order*," the "*Fourth Agreed Cash Collateral Order*," the "*Fifth Cash Collateral Order*," the "*Sixth Agreed Cash Collateral Order*," the "*Seventh Agreed Cash Collateral Order*," the "*Eighth Agreed Cash Collateral Order*," the "*Ninth Agreed Cash Collateral Order*," the "*Tenth Agreed Cash Collateral Order*," and the "*Eleventh Agreed Cash Collateral Order*" (together the "*Prior Cash Collateral Orders*") granting the emergency cash collateral motion (the "*Motion*")[1] of the above-captioned debtor and debtor-in-possession (the "*Debtor*") and authorizing the Debtor to use the cash collateral of Regions Bank through June 30, 2010; Regions Bank and the Debtor having engaged in arms-length negotiations and Regions Bank now consenting to the continued ~~interim~~ 2 use of cash collateral by the Debtor through July 31, 2010 in accordance with the budget attached hereto and incorporated herein as Exhibit A (the "*Budget*") and the terms and conditions of this Agreed Order (and the Prior Cash Collateral Orders to the extent incorporated herein); the Debtor having consented to the terms and conditions of this

---

[1] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

E-483134 v1

T~~welfth Agreed Interim~~ Order; and it appearing that the relief requested herein is in the best interests of the Debtor's estate, its creditors, and other parties in interest, the Debtor and Regions Bank hereby stipulate and agree and the Court finds and determines as follows:

1. The stipulations and findings with respect to the Debtor's obligations to Regions Bank contained in paragraphs 1 through 9 of the Second Cash Collateral Order are incorporated herein in their entirety.

2. Pursuant to the Second Cash Collateral Order, Lax Leasing Corporation agreed to grant to Regions, as additional adequate protection of Regions Bank's interest in the Cash Collateral, a first priority lien against the security interest in the equipment owned by Lax Leasing Corporation described on <u>Exhibit B</u> to the Second Cash Collateral Order.

3. Notwithstanding anything to the contrary contained herein, all of the Debtor's rights under Section 547 of the Bankruptcy Code, including, without limitation, its right to seek to avoid the granting of any security interest in or lien upon the Debtor's assets or the assignment of any of the Debtor's assets as collateral as a preferential transfer, are expressly preserved.

4. Cash from (a) the collection of and realization on accounts receivable, (b) the sale or other disposition of inventory and other assets subject to Regions Bank's security interests constitutes "cash collateral" within the contemplation of 11 U.S.C. §363(a). The Debtor proposes to use Regions Bank's cash collateral in order to fund the Debtor's business operations during the Debtor's Chapter 11 case.

5. Regions Bank has consented to the Debtor's use of cash collateral on the terms and conditions set forth in this Agreed Order, the Initial Cash Collateral Order, the First Agreed Cash Collateral Order, the Second Agreed Cash Collateral Order, the Third Cash Collateral Order, the Fourth Cash Collateral Order, the Fifth Cash Collateral Order, the Sixth Cash Collateral Order, the

Seventh Cash Collateral Order, the Eighth Cash Collateral Order, the Ninth Cash Collateral Order, the Tenth Cash Collateral Order, and the Eleventh Cash Collateral Order.

6. The relief granted in this Agreed Order is necessary and appropriate (a) for the Debtor to continue its business operations and (b) to provide Regions Bank with adequate protection for the use of its cash collateral.

IT IS HEREBY:

ORDERED AND AGREED that the Debtor is hereby authorized to use the Existing Cash and the Cash Collateral (as such terms are defined in the Motion) through the earlier of the effective date of a Chapter 11 plan of reorganization confirmed by this Court or July 31, 2010 (the "*Budget Period*") in accordance with the Budget and the Prior Cash Collateral Orders (including, for example, continuing to comply with reporting requirements and other provisions of the Original Cash Collateral Order), and is authorized to make the payments set forth in the Budget (subject to a variance of 10%, such that if actual costs exceed the projections in the Budget by 10% or less and receipts are sufficiently above the estimates in the Budget to cover the excess, the Debtor is authorized to make such payments without the need for further authorization from the Court, but shall be required to seek authorization if actual costs exceed projections by more than 10%); and it is further

ORDERED AND AGREED that except as expressly modified herein, the terms of the Prior Cash Collateral Orders shall remain in full force and effect, including, without limitation, provisions of such orders concerning the Adequate Protection Liens, and the adequate protection granted to Regions Bank in such orders shall remain in full force and effect during the Budget Period, and shall not be impaired, in any respect, by entry of this Agreed Order; and it is further

ORDERED AND AGREED that neither the Debtor nor any trustee appointed in this Chapter 11 case shall request entry of an Order granting or authorizing a lien against or security interest in the Life Policy with priority over Regions' interest in the Life Policy; and it is further

ORDERED AND AGREED that none of the Debtor, Lax Leasing Corporation or any trustee appointed in this Chapter 11 case shall offer, grant, or request entry of and Order granting or authorizing a lien against or security interest in the equipment described on Exhibit B to the Second Cash Collateral Order; and it is further

ORDERED AND AGREED that the reporting requirements from the Prior Cash Collateral Orders shall remain in full force and effect; and it is further

ORDERED AND AGREED that the amounts set forth in the Budget for the benefit of retained professionals may be paid on a weekly basis into an escrow account to be maintained by K&L Gates LLP for the benefit of the retained professionals, and such amounts shall be treated as a security retainer to be applied after the Court has authorized payments to retained professionals; and it is further

ORDERED AND AGREED that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

| CHAMPION MANUFACTURING INDUSTRIES, INC. | REGIONS BANK NA |
|---|---|
| By: /s/ Matthew E. McClintock<br>One of Its Attorneys | By: /s/ Steven M. Wallace<br>One of Its Attorneys |
| Harley J. Goldstein (No. 6256010)<br>Matthew E. McClintock (No. 6280574)<br>Sarah H. Bryan (No. 6292467)<br>K&L GATES LLP<br>70 West Madison Street, Suite 3100<br>Chicago, Illinois 60602-4207<br>Telephone: 312.372.1121<br>Facsimile: 312.827.8000 | Steven M. Wallace<br>412 Missouri Avenue<br>East St. Louis, IL 62201<br>Telephone: 618.274.8369<br>Facsimile: 618.274.8369<br>Email: swallace@kuninlaw.com |

Dated: June 30, 2010

_____
United States Bankruptcy Judge

**EXHIBIT A**

Case 09-22027    Doc 214    Filed 06/30/10    Entered 07/01/10 09:12:32    Desc Main
Document    Page 6 of 7

Rolling Cash Flow

**Champion Mfg Inc.**
**Rolling Cash Flow**

| | Week Ending 2-Jul | Week Ending 9-Jul | Week Ending 16-Jul | Week Ending 23-Jul | Week Ending 30-Jul | Total Current & Future Weeks |
|---|---|---|---|---|---|---|
| Beginning Cash Balance | 76,592 | 60,050 | 200,075 | 130,989 | 141,029 | 76,592 |
| **Add: In Flows** | | | | | | |
| Accounts Receivable Collections | 45,008 | 325,000 | 65,000 | 125,000 | 95,000 | 655,008 |
| Rental Income | | 11,000 | | | | 11,000 |
| Total In | 45,008 | 336,000 | 65,000 | 125,000 | 95,000 | 666,008 |
| Total Available | 121,600 | 396,050 | 265,075 | 255,989 | 236,029 | 742,600 |
| **Less: Out Flows** | | | | | | |
| Steel | 20,000 | 65,000 | 65,000 | 25,000 | 20,000 | 195,000 |
| Non Coil Material | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 55,000 |
| Payroll Wkly (incl. taxes) | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 110,000 |
| Payroll Bi-monthly (incl. taxes) | | 31,125 | | 31,125 | | 62,250 |
| Pension | | 12,000 | | | | 12,000 |
| Broker Sales Commission Fees | | 1,500 | | | | 1,500 |
| Credit card (misc expense) | | 15,000 | | | | 15,000 |
| Delivery | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 37,500 |
| Work Comp | | 12,000 | | | | 12,000 |
| Insurance Group Hlth | | | 16,500 | | | 16,500 |
| Insurance | | 4,000 | | | | 4,000 |
| Fork Lift Rent | | 3,800 | | | | 3,800 |
| Repairs and Maintenance | | | | | | - |
| Equipment Lease | | | | | | - |
| Office Phones | | | | 600 | | 600 |
| Property Taxes | | | | | | - |
| Interest Expense | | | 11,036 | | | 11,036 |
| Life Ins | - | - | | - | - | - |
| Truck Lease | | | | 685 | | 685 |
| Bank Charges | 50 | 50 | 50 | 50 | 50 | 250 |
| Utilities | | | | 6,000 | | 6,000 |
| Professional Fees | | 10,000 | | 10,000 | | 20,000 |
| Pre-petition expenses | | | | | | - |
| Other | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 5,000 |
| Total Out | 61,550 | 195,975 | 134,086 | 114,960 | 61,550 | 568,121 |
| Ending Cash Balance | 60,050 | 200,075 | 130,989 | 141,029 | 174,479 | 174,479 |
| | | | | | | |
| Sales For the Week | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 750,000 |
| Cost of Steel | 63,000 | 63,000 | 63,000 | 63,000 | 63,000 | 315,000 |
| Accounts Receivable | 692,620 | 517,620 | 602,620 | 627,620 | 682,620 | |
| Inventory (estimated) | | | | | | |
| Raw Steel / Banks | 251,127 | 243,377 | 235,627 | 193,877 | 147,977 | |
| WIP | 196,100 | 196,100 | 196,100 | 196,100 | 196,100 | |
| Finished Goods | 246,569 | 249,669 | 252,769 | 255,869 | 258,969 | |
| Other | 476,388 | 476,388 | 476,388 | 476,388 | 476,388 | |
| Inventory Total | 1,170,184 | 1,165,534 | 1,160,884 | 1,122,234 | 1,079,334 | |
| Total A/R and Inv | 1,862,804 | 1,683,154 | 1,763,504 | 1,749,854 | 1,761,954 | |
| Cash, A/R, Inv | 1,922,854 | 1,883,229 | 1,894,493 | 1,890,883 | 1,936,433 | |