UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHAMPION MANUFACTURING INDUSTRIES, INC., | ) ) ) | Case No. 09-22027 |
| | ) | Honorable Eugene R. Wedoff |
| Debtor. | ) | |

**FINAL DECREE CLOSING CHAPTER 11 CASE AND LIMITING NOTICE**

Upon the motion (the "*Motion*")[1] of above-captioned debtor (the "*Debtor*"), CMI Champion LLC, and CMI Champion Real Estate LLC for a final decree closing the Chapter 11 Case of the Debtor and limiting the notice required under Local Rule 3022-1; it appearing to the Court that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors; and (iv) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein after due deliberation thereon, that the Motion should be granted as set forth below:

1. The Court hereby enters this Final Decree and Order ordering that the case of Champion Manufacturing Industries, Inc. (Case No. 09-22027) be and hereby is closed.

September ___, 2010

_____
UNITED STATES BANKRUPTCY JUDGE

23 SEP 2010

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

E-484760 v1